(December 5, 1978)

■ ALFRED S. GOLDFIELD et al., As Executors of GLADYS M. LUDWIG, Deceased, v DANIEL K. LUDWIG, Respondent.—Order, Supreme Court, New York County, entered April 10, 1978, unanimously affirmed without costs and without disbursements. Appeal from order of said court entered March 17, 1978, dismissed as academic, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Lupiano, Evans, Markewich and Sullivan, JJ.

■ IRVING H. DALE, Appellant, v AETNA INDUSTRIAL CORPORATION et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 2, 1977, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Application on oral argument to submit surreply is denied. No opinion. Concur—Murphy, P. J., Lupiano, Evans, Markewich and Sullivan, JJ.

■ JAMES J. ROSADO, Respondent, v MILLER PRINTING MACHINERY CO., Defendant and Third-Party Plaintiff-Respondent. PANDICK PRESS, INC., Third-Party Defendant-Appellant.—Order, Supreme Court, New York County, entered on April 21, 1978, unanimously affirmed. Plaintiff-respondent shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on July 26, 1978 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Lupiano, Evans, Markewich and Sullivan, JJ.

■ M. BARNETT GILLMAN et al., Appellants, v VERONICA B. CINELLI et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 19, 1978, unanimously affirmed on the opinion of Levy, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Evans, Markewich and Sullivan, JJ.